UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* AMELIORATE PARTNERS, LLP,<br><br>  Plaintiff,<br><br>v.<br><br>ADS TACTICAL, INC. *et al.*,<br><br>  Defendants. | Civil Action No. 13-1880 (RMC)<br><br>FILED UNDER SEAL |

### UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action for purposes of settlement. Specifically, at this time, the United States intervenes only as to defendants Atlantic Diving Supply, Inc. (a/k/a ADS, Inc.); ADS Tactical, Inc. (f/k/a Tactical Holdcorp, Inc.); Mar-Vel International, Inc.; Tactical Exporters, Inc.; Tactical Distributors, LLC, and ADS International, LLC. The United States is concurrently filing a Joint Stipulation of Partial Dismissal with respect to these defendants.

The United States is not making an election decision at this time with respect to any other defendants because the Government's investigation remains incomplete and continues as to the other defendants. Accordingly, the United States respectfully requests that the Relator's complaint and all other filings in this action remain under seal, and not be made public or served upon any remaining defendant, until otherwise ordered by the Court.[1]

---

[1] Recently, on July 31, 2017, the Government requested that the Court extend the seal in this action until January 31, 2018, in light of the ongoing investigation as to these defendants.

Dated: August 10, 2017
Washington, DC

                         Respectfully submitted,

                         CHAD A. READLER
                         Acting Assistant Attorney General

                         CHANNING D. PHILLIPS, D.C. Bar #415793
                         United States Attorney

                         DANIEL F. VAN HORN, D.C. Bar #924092
                         Chief, Civil Division, U.S. Attorney's Office

                         By: /s/ Brian P. Hudak
                             BRIAN P. HUDAK
                         Assistant United States Attorney
                         555 Fourth Street, NW
                         Washington, DC 20530
                         (202) 252-2549

                         MICHAEL D. GRANSTON
                         COLIN HUNTLEY
                         JONATHAN GOLD
                         Attorneys, Commercial Litigation Branch
                         P.O. Box 261, Ben Franklin Station
                         Washington, DC 20044
                         (202) 353-7123

                         *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of August, 2017, I caused a true and correct copy of the foregoing to be served on counsel for Relator by first-class mail to:

Scott Simmer
Simmer Law Group, PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing, and the Government's memorandum in support has not been served on any other party.

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549