UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* AMELIORATE PARTNERS, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ADS TACTICAL, INC., *et al.*, <br><br> Defendants. | Civil Action No. 13-1880 (RMC) <br><br> <u>FILED UNDER SEAL</u> |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART
FOR PURPOSES OF SETTLEMENT**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action for purposes of settlement. Specifically, at this time, the United States intervenes only as to MJL Enterprises, LLC ("MJL"). The United States is concurrently filing a Joint Stipulation of Partial Dismissal with respect to MJL.

The United States is not making a further election decision at this time with respect to any other defendants because the Government's investigation remains incomplete and continues as to the other defendants. Accordingly, the United States respectfully requests that the Relator's complaint and all other filings in this action remain under seal, and not be made public or served upon any remaining Defendant, except as otherwise ordered by the Court.[1]

---

[1] Recently, on January 29, 2018, the Government requested that the Court extend the seal in this action until August 3, 2018, in light of the ongoing investigation as to these other defendants.

Dated: March 23, 2018
      Washington, DC

                              Respectfully submitted,

                              CHAD A. READLER
                              Acting Assistant Attorney General

                              JESSIE K. LIU, D.C. Bar #472845
                              United States Attorney

                              DANIEL F. VAN HORN, D.C. Bar #924092
                              Chief, Civil Division, U.S. Attorney's Office

                              By: _____/s/_____
                              BRIAN P. HUDAK
                              Assistant United States Attorney
                              555 Fourth Street, NW
                              Washington, DC 20530
                              (202) 252-2549

                              MICHAEL D. GRANSTON
                              COLIN HUNTLEY
                              JONATHAN GOLD
                              Attorneys, Commercial Litigation Branch
                              P.O. Box 261, Ben Franklin Station
                              Washington, DC 20044
                              (202) 353-7123

                              *Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of March, 2018, I caused a true and correct copy of the foregoing to be served on counsel for Relator by first-class mail to:

Scott Simmer
Simmer Law Group, PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing at this time.

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549