UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* AMELIORATE PARTNERS, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ADS TACTICAL, INC. *et al.*, <br><br> Defendants. | Civil Action No. 13-1880 (RMC) <br><br> <u>FILED UNDER SEAL</u> |

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE IN PART**
**FOR PURPOSES OF SETTLEMENT**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States notifies the Court of its decision to intervene in part of this action for purposes of settlement. Specifically, at this time, the United States intervenes as to only SEK Solutions, LLC ("SEK"). The United States is concurrently filing a Joint Stipulation of Partial Dismissal with respect to SEK.

The United States is not making an election decision at this time with respect to any other defendants because the Government's investigation remains incomplete and continues as to the remaining defendants. Accordingly, the United States respectfully requests that the Relator's complaint and all other filings in this action remain under seal and not be made public or served upon any remaining Defendant until otherwise ordered by the Court.[1]

---

[1] The Court has previously ordered that case remain sealed until August 3, 2018. Order (Jan. 30, 2018).

Dated: April 16, 2018
      Washington, DC

                    Respectfully submitted,

                    CHAD A. READLER
                    Acting Assistant Attorney General

                    JESSIE K. LIU, D.C. Bar #472845
                    United States Attorney

                    DANIEL F. VAN HORN, D.C. Bar #924092
                    Chief, Civil Division, U.S. Attorney's Office

By: /s/ Brian P. Hudak
                    BRIAN P. HUDAK
                    Assistant United States Attorney
                    555 Fourth Street, NW
                    Washington, DC 20530
                    (202) 252-2549

                    MICHAEL D. GRANSTON
                    COLIN HUNTLEY
                    JONATHAN GOLD
                    Attorneys, Commercial Litigation Branch
                    P.O. Box 261, Ben Franklin Station
                    Washington, DC 20044
                    (202) 353-7123

                    *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2018, I caused a true and correct copy of the foregoing to be served on counsel for Relator by first-class mail to:

Scott Simmer
Simmer Law Group, PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing, and the Government's memorandum in support has not been served on any other party.

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549