UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> *ex rel.* AMELIORATE PARTNERS, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ADS TACTICAL, INC. *et al.*, <br><br> Defendants. | Civil Action No. 13-1880 (RMC) <br><br> <u>FILED UNDER SEAL</u> |

## JOINT STIPULATION OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the March 16, 2018 Settlement Agreement among the United States, SEK Solutions, LLC, Khalil Naim, Edna Denis Naim, and Relator Ameliorate Partners, LLP (the "Settlement Agreement"), the United States and Relator hereby stipulate to an entry of an order:

(1) dismissing *with prejudice* to the United States and the Relator the claims in this action arising from the Covered Conduct set forth in the Settlement Agreement asserted against SEK Solutions, LLC, Khalil Naim, and Edna Denis Naim; and

(2) dismissing *without prejudice* to the United States and *with prejudice* to the Relator all other claims asserted against SEK Solutions, LLC, Khalil Naim, and Edna Denis Naim in this action.

The United States and Relator also request that the Court retain jurisdiction over any dispute that may arise regarding the Settlement Agreement, and to partially lift the seal to authorize the United States to provide a copy of the United States' Notice of Partial Intervention for Purposes of Settlement, this Stipulation, and any resulting order to SEK Solutions, LLC, Khalil Naim, and

Edna Denis Naim. This Joint Notice of Dismissal shall not in any way affect the pendency of claims in the Civil Action against defendants or entities other than SEK Solutions, LLC, Khalil Naim, and Edna Denis Naim.

Relator, on behalf of itself, its heirs, successors, attorneys, agents, and assigns, stipulate that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that they will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that they expressly waive the opportunity for a hearing on any objection to the settlement under 31 U.S.C. § 3730(c)(2)(B).

The parties respectfully request that the Court enter an order in the form of the proposed Order.

\* \* \*

Dated: April 16, 2018
Washington, DC

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division, U.S. Attorney's Office

By: _____/s/_____
BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549

MICHAEL D. GRANSTON
COLIN HUNTLEY
JONATHAN GOLD
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 353-7123

*Attorneys for the United States of America*

By: _____/s/_____
W. SCOTT SIMMER
Baron & Budd, P.C.
600 New Hampshire Ave. NW, Suite 10-A
Washington, D.C. 20037
(202) 333-4562

*Attorney for Relator Ameliorate Partners, LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of April, 2018, I caused a true and correct copy of the foregoing to be served on counsel for Relator by first-class mail to:

Scott Simmer
Simmer Law Group, PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing, and the Government's memorandum in support has not been served on any other party.

/s/ Brian P. Hudak
BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549