UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* AMELIORATE PARTNERS, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ADS TACTICAL, INC., *et al.*,<br><br>Defendants. | Civil Action No.13-1880 (RMC)<br><br><u>FILED UNDER SEAL</u> |

### [PROPOSED] ORDER

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the March 16, 2018, Settlement Agreement between the United States, SEK Solutions, LLC, Khalil Naim, Edna Denis Naim, and Relator Ameliorate Partners, LLP (the "Settlement Agreement"), the United States and Ameliorate Partners LLP have filed a Joint Stipulation of Partial Dismissal. Upon consideration of the Stipulation, and the papers on file in this action, it is hereby

ORDERED that consistent with the terms of the Settlement Agreement, the claims in Relator's complaint asserted against SEK Solutions, LLC, Khalil Naim, and Edna Denis Naim are dismissed (1) with prejudice to the United States and the Relator to the extent such claims arise from the Covered Conduct set forth in the Settlement Agreement; and (ii) with prejudice to the Relator and without prejudice to the United States as to all other claims asserted against SEK Solutions, LLC, Khalil Naim, and Edna Denis Naim. No other claims in this action shall be dismissed at this time;

ORDERED that the seal shall be partially lifted to authorize the United States to provide a copy of this Order, the Joint Stipulation of Partial Dismissal, and the United States' Notice of

- 2 -

Partial Intervention for Purposes of Settlement to SEK Solutions, LLC, Khalil Naim, and Edna Denis Naim; and it is further

ORDERED that the Court shall retain jurisdiction over any disputes that may arise regarding compliance with the Settlement Agreement.

SO ORDERED:

_____                               _____
Date                                                                              ROSEMARY M. COLLYER
                                                                                       United States District Judge