UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*ex rel.* AMELIORATE PARTNERS, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ADS TACTICAL, INC., *et al.*,<br><br>Defendants. | Civil Action No. 13-1880 (RMC)<br><br><u>FILED UNDER SEAL</u> |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the United States' notice of election to intervene in part and to decline to intervene in part, and the United States having intervened in this action as to all claims against Defendants Luke Hillier and Charles Salle and having declined intervention as to all other remaining defendants, and the entire record herein, it is hereby:

ORDERED that the United States shall have through and including May 20, 2019, to file its Complaint in Intervention in this matter;

ORDERED that on or before May 20, 2019, the United States shall submit a proposed order to unseal this action moving forward, specifying which portions of the existing record shall remain under seal and which portions shall be unsealed;

ORDERED that the United States shall serve its Complaint in Intervention, together with a summons, on Defendants Luke Hillier and Charles Salle within 90 days of filing its Complaint in Intervention in accordance with Federal Rule of Civil Procedure 4;

ORDERED that should Relator shall provide notice to the Court on or before May 20, 2019, which (if any) declined claims it intends to pursue in this matter;

- 2 -

ORDERED that should Relator elect to pursue any declined claims, Relator shall serve its current complaint on any relevant defendants together with a summons within 90 days of the United States filing its Complaint in Intervention in accordance with Federal Rule of Civil Procedure 4;

ORDERED that the parties shall serve copies of all papers filed in this action pertaining to the declined claims—including, but not limited to, supporting memoranda and any notices of appeal—upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

ORDERED that the United States may order any deposition transcripts regarding, and is entitled to intervene in, any declined claims at any time;

ORDERED that copies of all orders of the Court in this action, including as to the declined claims, shall be sent to the United States; and it is further

ORDERED that should Relator or defendants as to any declined claims propose that any declined claims be dismissed, settled, or otherwise discontinued, the Court shall solicit the written consent of the United States before ruling or granting its approval pursuant to 31 U.S.C. § 3730(b)(1).

SO ORDERED:

_____           _____
Date                                                                                      ROSEMARY M. COLLYER
                                                                                                  United States District Judge