UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* AMELIORATE PARTNERS, LLP,<br><br>Plaintiff,<br><br>v.<br><br>ADS TACTICAL, INC. *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 13-1880 (RMC)

FILED UNDER SEAL

## JOINT STIPULATION OF PARTIAL DISMISSAL AS TO LUKE HILLIER

Pursuant to Federal Rule of Civil Procedure 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the Settlement Agreement among the United States, Luke Hillier, and Relator Ameliorate Partners, LLP, effective August 5, 2019 (the "Settlement Agreement"), the United States and Relator hereby stipulate to an entry of an order:

(1)     dismissing *with prejudice* to the United States and Relator the claims in this action arising from the Covered Conduct set forth in the Settlement Agreement asserted against Luke Hillier; and

(2)     dismissing *without prejudice* to the United States and *with prejudice* to Relator all other claims asserted against Luke Hillier in this action.

The United States and Relator also request that the Court retain jurisdiction over any dispute that may arise regarding the Settlement Agreement.  This Joint Notice of Dismissal shall not in any way affect the pendency of claims in the Civil Action against defendants or entities other than Luke Hillier.

Relator, on behalf of itself, its predecessors, successors, heirs, attorneys, agents, assigns, partners, and affiliates, stipulate that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that they will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that they expressly waive the opportunity for a hearing on any objection to the settlement under 31 U.S.C. § 3730(c)(2)(B).

Lastly, the parties agree that this Stipulation disposes of the remaining claims in this case as all defendants have now been dismissed. Accordingly, the parties request that the Court note as much and direct the Clerk of the Court to close this case.

The parties respectfully request that the Court enter an order in the form of the proposed Order.

\*   \*   \*

- 2 -

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division, U.S. Attorney's Office

By: _____/s/_____

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549

MICHAEL D. GRANSTON
COLIN HUNTLEY
JONATHAN GOLD
Attorneys, Commercial Litigation Branch
P.O. Box 261, Ben Franklin Station
Washington, DC 20044
(202) 353-7123

*Attorneys for the United States of America*

Dated: August 9, 2019

By: _____/s/_____

W. SCOTT SIMMER
Baron & Budd, P.C.
600 New Hampshire Ave. NW
Suite 10-A
Washington, D.C. 20037
(202) 333-4562

*Attorney for Relator Ameliorate Partners, LLP*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th of August 2019, I caused a true and correct copy of

the foregoing to be served on counsel for Relator by first-class mail to:

Scott Simmer
Simmer Law Group, PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been

served with copies of the foregoing.

BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549