UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* AMELIORATE PARTNERS, LLP, <br><br> Plaintiff, <br><br> v. <br><br> ADS TACTICAL, INC., *et al.*, <br><br> Defendants. | Civil Action No. 13-1880 (RMC) <br><br> <u>FILED UNDER SEAL</u> |

## UNITED STATES' MOTION TO UNSEAL ACTION AND SPECIFIC FILINGS

By and through its undersigned counsel, and all claims having been disposed of in this matter as noted in the Joint Stipulation of Partial Dismissal as to Luke Hillier, the United States respectfully requests that the action be unsealed on a going forward basis and requests that the following previously filed documents be unsealed:

(i) Relator's initial Complaint filed on or about November 27, 2013;

(ii) Relator's First Amended Complaint filed on or about May 23, 2014;

(iii) Relator's Second Amended Complaint filed on or about July 2, 2015;

(iv) the United States' *Ex Parte* Consent Application for Protective Order Pursuant to Federal Rule of Evidence ("FRE") 502(d) filed January 11, 2016;

(v) the Court's order on that FRE 502(d) motion dated January 21, 2016;

(vi) the United States' *Ex Parte* Consent Application for Protective Order Pursuant to FRE 502(d) filed November 2, 2016;

(vii) the Court's order on that FRE 502(d) motion dated November 7, 2016 (ECF No. 25);

(viii) the United States' Notice of Election to Intervene in Part for Purposes of Settlement filed on August 10, 2017;

(ix) the Joint Stipulation of Partial Dismissal filed August 10, 2017;

- 2 -

(x)      the Court's order partially dismissing the action dated August 15, 2017 (ECF No. 32);

(xi)      the United States' Notice of Election to Intervene in Part for Purposes of Settlement filed on March 23, 2018;

(xii)      the Joint Stipulation of Partial Dismissal filed on March 23, 2018;

(xiii)      the Court's order partially dismissing the case dated March 27, 2018;

(xiv)      the United States' Notice of Election to Intervene in Part for Purposes of Settlement filed on April 16, 2018;

(xv)      the Joint Stipulation of Partial Dismissal dated on April 16, 2018;

(xvi)      the Court's order partially dismissing the action dated April 20, 2018 (ECF No. 41);

(xvii)      the United States' Notice of Election to Intervene in Part and to Decline to Intervene in Part filed on April 4, 2019;

(xviii)      the Court's Order dated April 23, 2019 (ECF No. 48);

(xix)      Relator's Notice of Voluntary Dismissal of All Declined Defendants filed on May 21, 2019;

(xx)      the Joint Stipulation of Partial Dismissal as to Luke Hillier dated August 9, 2019, and the resulting order thereon;

(xxi)      the Joint Stipulation of Partial Dismissal as to Charles Salle dated August 9, 2019, and the resulting order thereon;

(xxii)      this Motion; and

(xxiii)      the Court's Order on this Motion.

The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers were provided by law to the Court for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

The Relator does not object to this Request. A proposed order accompanies this Notice.

Dated: August 9, 2019
      Washington, DC

                            Respectfully submitted,

                            JOSEPH H. HUNT
                            Assistant Attorney General

                            JESSIE K. LIU, D.C. Bar #472845
                            United States Attorney

                            DANIEL F. VAN HORN, D.C. Bar #924092
                            Chief, Civil Division, U.S. Attorney's Office

By: _____/s/_____
      BRIAN P. HUDAK
      Assistant United States Attorney
      555 Fourth Street, NW
      Washington, DC 20530
      (202) 252-2549

      MICHAEL D. GRANSTON
      COLIN HUNTLEY
      JONATHAN GOLD
      Attorneys, Commercial Litigation Branch
      P.O. Box 261, Ben Franklin Station
      Washington, DC 20044
      (202) 353-7123

      *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th of August 2019, I caused a true and correct copy of the foregoing to be served on counsel for Relator by first-class mail to:

Scott Simmer
Simmer Law Group, PLLC
The Watergate, Suite 10-A
600 New Hampshire Avenue NW
Washington, DC 20037

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing.

_____
BRIAN P. HUDAK
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2549