UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* AMELIORATE PARTNERS, LLP,<br><br>        Plaintiff,<br><br>        v.<br><br>ADS TACTICAL, INC. *et al.*,<br><br>        Defendants. | Civil Action No. 13-1880 (RMC) |

### RELATOR'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE

On August 14, 2019, the Court entered an order to show cause "why in light of the most recent orders the case should not be closed."  Minute Order to Show Cause of Aug. 14, 2019. Relator Ameliorate Partners, LLP agrees that the case should be closed as all claims have now been resolved in this action.  *See* ECF No. 57 (entering dismissal of claims against Luke Hillier, noting that all claims are now resolved).

\* \* \*

Dated: August 19, 2019

Respectfully submitted,

By: _____
W. SCOTT SIMMER
ANDREW M. MILLER
BARON & BUDD, P.C.
600 New Hampshire Ave., NW, 10th Floor
Washington, DC 20037
(202) 333-4562

*Attorneys for Relator Ameliorate Partners, LLP*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of August, 2019, I caused a true and correct copy of the foregoing to be served on the Government by first-class mail to:

> Brian Hudak
> Assistant United States Attorney
> 555 Fourth Street, NW
> Washington, DC 20530
> (202) 252-2549

Because this action is under seal pursuant to 31 U.S.C. § 3729, *et seq.*, defendants have not been served with copies of the foregoing, and Relator's response has not been served on any other party.

ANDREW M. MILLER
BARON & BUDD, P.C.
600 New Hampshire Ave., NW, 10th Floor
Washington, DC 20037
(202) 333-4562

*Attorney for Relator Ameliorate Partners, LLP*